# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 5, 2020

Bridget M. McCormack,
Chief Justice

161171 & (15)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

        SC: 161171
        COA: 352819
        Oakland CC: 2000-174197-FC

CHRIS LENELL DAVIS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 10, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The emergency motion for bail pending appeal is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 5, 2020



b0602

                    Clerk